IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Guillermo Quintero-Robles, individually and on behalf of other employees similarly situated, Plaintiff v. Cy's King Crab, Oyster Bar and Grill, Inc. and Nooshin Sadeghu, individually, Defendant. | Case No. 1:15-cv-6119 Judge: Hon. Ruben Castillo |

## JOINT STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above entitled action, by their respective attorneys and/or otherwise, and pursuant to Fed. R. Civ. P. 41(a)(1), the following:

1. The parties have reached a settlement of the above-captioned action.

2. The parties therefore stipulate that this matter shall be dismissed in its entirety, **without prejudice**, with each party incurring its own attorneys' fees and costs, except as otherwise provided for by the parties' settlement agreement.

3. On February 15, 2016, absent a motion by either party to enforce the settlement agreement, the dismissal of this matter shall convert automatically to a dismissal with prejudice.

Respectfully submitted,

| | |
|---|---|
| **s/ Valentin T. Narvaez** | **s/ Arthur James Rooney** |
| Consumer Law Group, LLC | Baker & McKenzie LLP (Chicago) |
| 6232 N. Pulaski, Suite 200 | 300 East Randolph St. Suite 5000 |
| Chicago, IL 60646 | Chicago, IL 60601 |